UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) | CASE NO. 21-cv-1748 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| DREW JOHNSON, MAKENZIE STEINHOFF, and JOHNSON CUSTOMS, LLC, an Iowa limited liability company, | ) ) ) ) | |
| Defendants. | ) | |

PLAINTIFF HP TUNERS LLC'S
CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff HP TUNERS, LLC hereby certifies that there is no parent corporation or any publicly held corporation owning 5% or more of its stock.

Dated: March 31, 2021     Respectfully submitted,

/s/Andrew P. Bleiman
Andrew P. Bleiman
Marks & Klein, LLP
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162 (phone)
andrew@marksklein.com
ARDC No. 6255640