UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) )  CASE NO.  21-cv-1748 |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| DREW JOHNSON, MAKENZIE STEINHOFF, and JOHNSON CUSTOMS, LLC, an Iowa limited liability company, | ) ) ) ) |
| Defendants. | ) ) |

# **EXHIBIT A TO COMPLAINT**

Hi! Sign in or register   Daily Deals   Brand Outlet   Help & Contact   Sell   Watchlist   My eBay

ebay   Shop by category   Search for anything   All Categories   Search

Back to search results   |  Listed in category:   eBay Motors  >  Automotive Tools & Supplies  >  Diagnostic Service Tools  >  Code Readers & Scanners



  

Have one to sell?   Sell now

### WRECKLESS VCM Editor Unlimited 5.0 Pro software !!NO CREDITS NEEDED!!

WRECKLESS VCM EDITOR FOR HP TUNERS MPV 1, 1PRO, AND 2

🔥 1 viewed per hour

**Condition:** New

**Price:** US $100.00

No Interest if paid in full in 6 mo on $99+*

[Buy It Now]
[Add to cart]

**Best Offer:**
[Make Offer]
[Add to Watchlist]

☐ **1-year accident protection plan** from SquareTrade - $14.99
☐ **10 minute call for repair assistance** with a certified technician - $14.95

Longtime member   Free local pickup

**Shipping:** Free Local Pickup | See details
Item location: Sioux City, Iowa, United States
Ships to: Local pick-up only

**Delivery:** Varies

**Payments:**
PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Gu...
Get the item you order...
your money back. Lea...

### Seller information

make-stei (1053   )
99.3% Positive feedback

**Save this Seller**
**Contact seller**
**See other items**

## Similar sponsored items

     

Launch Roxie W Automatic Pre & Post... | Smart Zed-Bull No Tokens Needed Mini Zedbull NEW | 1 Set Multi-languages Mini Smart Zed-Bull No Token... | 1 Set Multi-languages Mini Smart Zed-Bull No Token... | Main Cable for VCM2 Car Diagnostic Tool for Ford... | Ford IDS VC... VCMM Deal...

| $450.00 | $55.10 | $46.54 | $48.99 | $24.99 | $5,295.00 |
|---|---|---|---|---|---|
| Free shipping | Free shipping | $48.99 | Free shipping | Free shipping | Free shipping |
| Seller 100% positive | Seller 100% positive | Free shipping | New | Seller 99.5% positive | Last one |
| | | New | | | |

### Related sponsored items

     

| HP Tuners MPVI2 Tuner VCM Suite w/ 2 Univers... | HP Tuners M02-000-0 MPVI2 VCM Suite Standar... | HP TUNERS M02-008-20 MPVI2 w/Pro Features an... | HP Tuners HPTM02-000-0 MPVI2 VCM Suite Standar... | HP Tuners VCM Suite MPVI2 with Pro Feature S... | HP TUNERS Features and... |
|---|---|---|---|---|---|
| $394.97 | $299.99 | $1,499.78 | $299.99 | $649.96 | $1,024.88 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.7% positive | Seller 99.7% positive | Last one | Seller 99.7% positive | Seller 99.6% positive | Seller 98.9% |

**Description** | Shipping and payments

Seller assumes all responsibility for this listing.

eBay item number: 1647

#### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | 4.0.1 5.0 pro |
| Brand: | Wreckless | UPC: | Not Applicable |

THIS IS NOT A HARDWARE DEVICE! THIS LISTING IS FOR A DOWNLOAD LINK TO THIS SOFTWARE ONLY!"HP TUNERS" WRECKLESS VCM Editor "Unlimited 5.0 pro software" NO CREDITS NEEDED 2 UNLOCKED VEHICLES LIST BELOW!WRECKLESS VCM Editor UNLIMITED 5.0 for USE WITH HPTUNERS UNITS MPV 1, 1 PRO, AND MVP 2Unlocked vehicles include all:Ford 97-2016 97-2015Jeep 97-2014Chevrolet 97-2014Dodge 97-2014NO ADDITIONAL PURCHASE NECESSARY FOR SAVING AND FLASHING C ABOVE VEHICLE LIST. Make sure to read the full item description ! This is software that can be used with the HP Tuners MPV 1, 1 PR UNITS which included all vehicles listed above with no other purchase necessary to read write or save for these vehicles only. No Refu will be accepted due to buy mistakes so ask before purchase if you have questions !! LISTED AS LOCAL PICK UP ONLY SO THAT EB DOES NOT EXPECT US TO PROVIDE A TRACKING NUMBER. WE WILL SEND YOU A DIGITAL LINK TO DOWNLOAD THE SOFTV AS SOON AS YOU PAY FOR THE LISTING. AFTER THE PURHASE PLEASE PROVIDE AN EMAIL FOR US TO SEND YOUR DOWN LINK. If you don't provide an email we will send the link via Ebay messaging. Thanks for your purchase and have a great Day!

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

More to explore : Luggage for Harley-Davidson VCM, Grips for Harley-Davidson VCM, Motorcycle Accessories for Harley-Davidson VCM, Fairings & Bodywork for Harley-Da Motorcycle Mirrors for Harley-Davidson VCM, Motorcycle Parts for Harley-Davidson VCM, Motorcycle Electrical & Ignition Parts for Harley-Davidson VCM, Unbranded Motorcycle Accessories for Harley-Davidson VCM, Motorcycle Parts for 1930 Harley-Davidson VCM, Parts Unlimited Grips for Honda