

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 04/01/2021

Andrew Peter Bleiman
Marks & Klein
1363 Shermer Road
Suite 318
Northbrook, IL 60062

Re: HP Tuners, LLC v. Johnson et al
USDC Case Number: 1:21-cv-01748

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

Rev. 11/18/2016

By: /s/ Roberto Cornejo
Deputy Clerk