UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) )  ) CASE NO. 1:21-cv-01748 |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| DREW JOHNSON, MAKENZIE STEINHOFF, and JOHNSON CUSTOMS, LLC, an Iowa limited liability company, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE REGARDING NATURE OF COPYRIGHT CLAIM

Please take notice that while this matter was filed under code "820 Copyrights" on the Civil Cover Sheet, this shall serve to notify and advise the Court that the nature of the Copyright claim being asserted is under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §1201(a)(1)(A), and does not involve a federally-registered copyright.

Dated: April 8, 2021                              Respectfully submitted,

/s/Andrew P. Bleiman
Andrew P. Bleiman
Marks & Klein, LLP
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162 (phone)
andrew@marksklein.com
ARDC No. 6255640