# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HP TUNERS, LLC, | |
| Plaintiff, | Case No.: 1:21-cv-01748 |
| vs. | |
| DREW JOHNSON, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses all claims against Defendants and, accordingly, now dismisses this action in its entirety, with prejudice, and with all parties bearing their own attorneys' fees and costs.

Dated: June 22, 2021      **MARKS & KLEIN, LLP**

*/s/ Andrew P. Bleiman*
Andrew P. Bleiman, Esq.
andrew@marksklein.com
1363 Shermer Road, Suite 318
Northbrook, IL 60062
Telephone: (312) 206-5162
Fax: (732) 219-0625

*Attorney for Plaintiff HP TUNERS, LLC*